ACCEPTED
03-14-00731-CV
4270980
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 8:32:27 AM
JEFFREY D. KYLE
CLERK

IN THE
COURT OF APPEALS
THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 8:32:27 AM
JEFFREY D. KYLE
Clerk

## NO. 03-14-00731-CV

JUANA MENDEZ VALDEZ
ET VIR JUAN VALDEZ, Appellants

V.

MELODY MUELLER MOERBE, Appellee

## UNOPPOSED MOTION FOR EXTENSION OF TIME

## TO FILE APPELLEE'S BRIEF

On Appeal from the 155th District Court of Fayette County, Texas
Trial Court Cause No. 2013V-052

**TO THE HONORABLE COURT:**

NOW COMES Appellee, MELODY MUELLER MOERBE, through her counsel of record, and makes this Unopposed Motion for Extension of Time to File Appellee's Brief.

For cause, Appellee would show unto the Court as follows:

I.

Appellee requests a thirty (30) day extension of time to file Appellee's Brief.

II.

Appellants' attorney in charge, O.F. JONES III, has agreed to Appellee's request for an extension.

III.

Appellee's attorney, MICHAEL T. TREFNY, is in the process of preparing Appellee's Brief. Due to a busy schedule and the significant undertaking of this brief, Appellee seeks additional time to research and prepare the Brief of Appellee. This request is not made for delay but so that justice may be done in this case.

Respectfully submitted,

**GATES, STEIN, GILLESPIE & TREFNY**


By    /s/    Michael T. Trefny
MICHAEL T. TREFNY
SBN 20207650
P. O. Box 458
415 Spring Street
Columbus, Texas 78934
Telephone: (979) 732-2301
Facsimile: (979) 732-2303
Email: mtrefny@gsgtlawfirm.com

**ATTORNEYS FOR APPELLEE,
MELODY MUELLER MOERBE**


## CERTIFICATE OF CONFERENCE

The undersigned attorney represents that he has conferred with the attorney for Appellants, O.F. JONES III, via email, and he is not opposed to the relief requested.

/s/    Michael T. Trefny
MICHAEL T. TREFNY


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on Appellants, pursuant to the Texas Rules of Appellate Procedure on this 25th day of February, 2015, as follows:

E-filing through Pro-Doc, on O.F. JONES III, at ofjones360@gmail.com; and via first class mail at P.O. Drawer E, Victoria, Texas 77902.

/s/    Michael T. Trefny
MICHAEL T. TREFNY